# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

LARRY E. EALY                                                    **PLAINTIFF**

vs.                                         **Civil Action No. 3:09-290 HTW-LRA**

STATE OF OHIO                                                    **DEFENDANT**

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that the above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 29th day of July, 2009.**

**s/ HENRY T. WINGATE**
**CHIEF UNITED STATES DISTRICT JUDGE**